# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 411 | **DATE** | 6/29/2005 |
| **CASE TITLE** | Calender vs. The Boeing Company | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for a protective order is granted. Order to follow. Defendants' motion to dismiss is entered and briefed as follows: response by 7/27/05, reply by 8/10/05. Status hearing set for 9/29/05 at 9:00 a.m.

No notices required, advised in open court.

| | Courtroom Deputy Initials: | MF |
|---|---|---|