MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAROLYN CALENDER, THEODOSHIA KNAULS, MICHAEL MARION, RONNIE MITCHELL, EVALEAN MOORE, BRIAN TODD, RALPH WILSON, WILLIE WILSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE BOEING COMPANY and McDONNELL DOUGLAS CORPORATION,

Defendants.

Case No. 05 C 0411

Judge John W. Darrah
Magistrate Judge Michael T. Mason

**ORDER**

This matter having been heard by the Court on Defendants' Unopposed Motion to Dismiss Remaining Claims, IT IS HEREBY ORDERED THAT:

(1) Plaintiffs' remaining class claims alleging compensation discrimination under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981, are dismissed without prejudice; and

(2) The remaining individual compensation claims of named plaintiffs Carolyn Calender, Theodoshia Knauls, Michael Marion, Ronnie Mitchell, Evalean Moore, Brian Todd, Ralph Wilson and Willie Wilson alleging discrimination under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981, are dismissed without prejudice.

IT IS SO ORDERED:

Dated 5-29-, 2008

Honorable John W. Darrah
United States District Court Judge

Proposed Order prepared by:
Cynthia M. Peterson
PERKINS COIE LLP
131 S. Dearborn St., Suite 1700
Chicago, Illinois 60603
(312) 324-8400
(312) 324-9400 (facsimile)